M/D 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
RECEIVED

__Henry Joiner__ )    2007 MAY -31 A 10:08
Full name and prison name of )
Plaintiff(s)   )    DEBRA P. HACKETT, CLK
  )    U.S. DISTRICT COURT
  )    MIDDLE DISTRICT ALA
v.  )    CIVIL ACTION NO. __2:07-CV-381-MEF__
  )    (To be supplied by Clerk of U.S. District
__D.T. Marshall__ )    Court)
__Gina M. Savage__ )
__Judge Tracy McCooey__ )
__D.A.__ )
__Judge__ )
__D.A.__ )
Name of person(s) who violated your )
constitutional rights. (List the names )
of all the person.) )

I.  PREVIOUS LAWSUITS
   A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☐  No ☑

   B.  Have you begun other lawsuits in state or federal court relating to your imprisonment?     YES ☐     NO ☑

   C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1.  Parties to this previous lawsuit:

         Plaintiff (s) _____

         _____

         Defendant(s) _____

         _____

      2.  Court (if federal court, name the district; if state court, name the county)

         _____

         _____

3. Docket number _____

4. Name of judge to whom case was assigned _____
_____

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT _Montgomery County Detention Facility; P.O. Box 4599; Montg. Al. 36103_

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _Montgomery County Sheriff's Department — Dayton, Ohio 45415_

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | D.T. Marshall | Montgomery County Sheriff's Office |
| 2. | Gina M. Savage | " " " " |
| 3. | Judge Tracy McCooey | Montgomery County Courthouse |
| 4. | D.A. | " " " |
| 5. | Judge | " " " |
| 6. | D.A. | " " " |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _01-25-07 until now_

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _Negligent Legal Malpractice; False Arrest; Extradition; Detainment; etc...._

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

I was arrested in Dayton, Ohio on 01/25/07 By the Montgomery County Sheriff's Office; which is Dayton, Ohio's Sheriff Department and takened to Jail for old Tickets and A Detainer Warrant out of Alabama for Domestic Violence 2nd.

GROUND TWO: My Bond set at $15,000.00; I was held for Extradition to Montgomery, Alabama

SUPPORTING FACTS: Dayton, Ohio's Sheriff's Department re-fingerprinted me 72 hours after my arrest saying my Name is Timmothy or Timmy Jointer and informed me that Montgomery, Alabama was going to EXTRADITE me to Alabama; on 03/05/07

GROUND THREE: On 03/08/07 I was in the Custody of the M.C.D.F. and my Bond was raised to $20,000.00 Which makes "NO" Bond Companies Help Me Make Bond.

SUPPORTING FACTS: On 03/29/07 they took me to Court before Judge Tracy McCooey in Courtroom 3B; where I was appointed a lawer that I have yet to "Meet." The D.A. Claims my name is Henry Timmothy Jointer and the Judge set a Status Conference for 05/10/07 in Courtroom 3B and a Trial date for 05/21/07 in the same Courtroom. "See Attached Sheets!"

VI.  STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I want this Court to Grant me in money the sum of 10,000,000.00 for the lost of my Bisnuse; Residence; Irreplacible Personal Belongings; Life in General; etc: Also for the Mental Stress; Health & Medical Issues Involved; the Anguish; Agony; torture and Torment of it all; etc...

*Henry Joiner #1092*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____.
          (Date)


_____
Signature of plaintiff(s)

Henry Joiner #1092
M.C.D.F. Cell 3, A.3
P.O. Box 4599
Montgomery, AL 36103

Office Of The Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama 36101-0711

INMATE MAIL

# Attachment

Montgomery County Detention Facility
# INMATE REQUEST FORM

DATE: April 28, 2007　　TIME: 10:00
NAME: Henry Jainer　　BOOKING #: 1092　　CELLBLOCK: 3,A,3

*Please check ONLY ONE of the following:*

____ LAUNDRY　　　　　　　　　　____ PROPERTY
____ RECREATION　　　　　　　　 ____ VISITATION
____ CHARGES/BOND INFORMATION　 ____ FOOD SERVICE
____ MAIL　　　　　　　　　　　　____ GENERAL LIBRARY
____ CANTEEN　　　　　　　　　　 ____ MONEY INFORMATION
____ ATTORNEY FORM - (Hardship Affidavit)　✓ OTHER Notary Public
____ COURT REQUEST FORM

*Briefly state your request*

Capt. Pelman-Byrd: This is what I need done; I need papers Notarized to send back the Federal District Court; A statement certified by the Appropriate Institutional Officer showing all my receipts, expenditures, and balances during the last six months in my Institutional Accounts here at this Jail.
"See Attach Sheet"

DO NOT WRITE BELOW THIS LINE - FOR REPLY ONLY

*ACTION TAKEN*

Date: 30 apr 07　　　　　　　　　　　　　　　　Time: 1430

Henry, the paper work you are requesting you will need to serve a Court ordered Subpoena. Are you Tina Jainer's son, brother named Jerry A.

Action Taken by: Capt B___
　　　　　　　　　Signature

PLACE THIS FORM IN INMATE HANDMAIL BOX FOR PICK-UP

*Inmate Request Forms will be routed to the appropriate supervisor or administration for disposition.*
*Request Forms will be completed and placed in inmate's file.*
*Inmates will receive a copy when a written response is required.*

Revised 11/06

## Request Form Attach Sheet

RECEIVED
2007 MAY -31 A 10:08
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Capt. Palmar-Byrd: I also need the Appropriate Institutional Commander to have someone to make Copies of Paper Work that I must send to the Federal District Court as soon as possible.

The Paper Work Copies that I need to have made is Listed Below; I know that there will be a Notary Service Charge of $.50 per page, and a charge for any other copies that I want made which I am willing and able to pay for at will, just let me handle my Business for my Civil Suit that needs Notarizing and going to the Federal District Courts.

List Of Copies I Need Made "Of" and "Are:"

Copies made of: my Dayton, Ohio State I.D. and Social Security Card; which is in my Property.

: A copy of the Indictment & Warrent for my arrest, this Jail should have it on file.

: A copy of the Extradition Warrent and Judge Order; etc... Jail files too...

: Copies from Medical of my Medical Records; all of them... Director of Medical should have

: Copy of My Transcript of Case No. CC07-371 Domestic Violence 2nd; Who made the Original Police Complaint; when; etc.

LAW OFFICES

# BARFOOT & SCHOETTKER, L.L.C.

A LIMITED LIABILITY COMPANY

| BENJAMIN E. SCHOETTKER | 608 SOUTH HULL STREET | CHARLES W. BARFOOT |
| --- | --- | --- |
| bes@barfootschoettker.com | MONTGOMERY, ALABAMA | cwb@barfootschoettker.com |
| Tel. 334-834-3282 | 36104-5808 | Tel. 334-834-3444 |
| | WWW.BARFOOTSCHOETTKER.COM | |

TELECOPIER
334-262-8897

## NOTICE OF STATUS CONFERENCE AND TRIAL DATE

The Law Firm of Barfoot & Schoettker has been appointed to represent you in your pending criminal case. When I have the discovery material from the State, I will send you a letter or call asking you to come to my office. If you are incarcerated I will come see you.

In the meantime, if you move, or your place of incarceration changes or your telephone numbers change, please let me know by calling or writing my office. My office does not accept collect phone calls.

YOUR STATUS CONFERENCE DATE IS _5/10/07 @ 8:00_.

YOUR TRIAL DATE IS _5/21/07 @ 9:00_.

It is your responsibility to keep up with the above Court dates as no one will send you reminders of these dates.

All your court appearances will be in Judge Tracy McCooey's Courtroom, 3B of the Montgomery County Courthouse, 250 South Lawrence Street, Montgomery, Alabama.

<u>It Is Essential That I Be Able To Contact You During The Course Of Your Case. If You Are In Jail or Prison, and Are Released, Please Let Me Know by Calling My Office as Soon as Possible after Your Release. If You Are Moved to Another Institution, Please Let Me Know in Writing So That I Know Your Location.</u>

Lastly, **DO NOT** discuss the facts of your case with anyone other than your attorney. Anything said to anyone else can be used against you at your trial.

Received by_____

Date_____