IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

16 May 2007

HENRY JOINER
    PLAINTIFF(S)                    2:07-CV-380-MEF
                                         (WO)

V.                                   2:07-CV-381-MEF
                                         (WO)

D.T. MARSHALL, et. al.,
    DEFENDANT(S)                    2:07-CV-386-WKW
                                         (WO)

## MOTION FOR RECONSIDERATION

I, HENRY JOINER, Pro-Se, MOTION FOR RECONSIDERATION because, I have no money, I, because of substantial hardship, am unable to pay the docket fee and service fees in this case. I request that payment of these fees be waived, taxed as cost, because I have no monies. In order to get due process of the law and equal protection of the law, and a speedy trial, by the 6, 7 & 14 with United States Constitution Amendments. If my case is dismiss, frivolous, my life will be in imminent danger of serious physical injury, Relief, any relief the Court can grant:

①

## PROOF OF SERVICE

I, Henry, Joiner, Pro-se, certify that on 16 May 2007, I did mail a copy of the Motion for Reconsideration to the Defendant(s), by placing a copy in the United States Post Office Box, to be mail to the following as:

D.T. Marshall, et. al.,
Montgomery County Sheriff Department
250 South McDonough St.
Montgomery, Alabama
36104

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
Pro-Se Henry Joiner

### Address of Pro-se
Pro-Se Henry Joiner
M.C.D.F.
Book No. #1092
P.O. Box 4599
Montgomery, Alabama
36103

②

| State of Alabama<br>Unified Judicial System<br>Form C-10<br>Page 1 of 2     Rev. 2/95 | **AFFIDAVIT OF SUBSTANTIAL<br>HARDSHIP AND ORDER** | Case Number<br>2:07-CV-380-MEF<br>2:07-CV-381-MEF<br>2:07-CV-386-WKW |

IN THE United States Dist. COURT OF Montgomery, ALABAMA
   (Circuit, District, or Municipal)           (Name of County or Municipality)

STYLE OF CASE: Henry Jones v. _____
                    Plaintiff(s)              Defendant(s)

TYPE OF PROCEEDING: _____ CHARGE(s) (if applicable): _____

☑ **CIVIL CASE**-- I, because of substantial hardship, am unable to pay the docket fee and service fees in this case. I request that payment of these fees be waived initially and taxed as costs at the conclusion of the case.
☐ **CIVIL CASE**-- (such as paternity, support, termination of parental rights, dependency) - I am financially unable to hire an attorney and I request that the court appoint one for me.
☐ **CRIMINAL CASE**-- I am financially unable to hire an attorney and request that the court appoint one for me.
☐ **DELINQUENCY/NEED OF SUPERVISION**-- I am financially unable to hire an attorney and request that the court appoint one for my child/me.

## AFFIDAVIT

**SECTION I.**

1. **IDENTIFICATION**
   Full name: Henry Jones         Date of birth: _____
   Spouse's full name (if married): N/A
   Complete home address: _____ on 85th St. Montgomery _____
   Number of people living in household: 1
   Home telephone number: N/A
   Occupation/Job: N/A          Length of employment: N/A
   Driver's license number: N/A     *Social Security Number: 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
   Employer: N/A                Employer's telephone number: N/A
   Employer's address: N/A

2. **ASSISTANCE BENEFITS**
   Do you or anyone residing in your household receive benefits from any of the following sources? (If so, please check those which apply.)
   ☐ AFDC   ☐ Food Stamps   ☐ SSI   ☐ Medicaid   ☐ Other N/A

3. **INCOME/EXPENSE STATEMENT**
   Monthly Gross Income:
      Monthly Gross Income                                              $ _____
      Spouse's Monthly Gross Income (unless a marital offense)    _____
      Other Earnings: Commissions, Bonuses, Interest Income, etc.  _____
      Contributions from Other People Living in Household          _____
      Unemployment/Workmen's Compensation,
        Social Security, Retirements, etc.                     _____
      Other Income (be specific) _____                              _____
         **TOTAL MONTHLY GROSS INCOME**                        $ _____

   Monthly Expenses:
      A. Living Expenses
        Rent/Mortgage                                           $ _____
        Total Utilities: Gas, Electricity, Water, etc.          _____
        Food                                                    _____
        Clothing                                                _____
        Health Care/Medical                                     _____
        Insurance                                               _____
        Car Payment(s)/Transportation Expenses                  _____
        Loan Payment(s)                                         _____

*OPTIONAL

| Form C-10 Page 2 of 2 Rev. 2/95 | **AFFIDAVIT OF SUBSTANTIAL HARDSHIP AND ORDER** |
|---|---|

Monthly Expenses: (cont'd page 1)
  Credit Card Payment(s)
  Educational/Employment Expenses
  Other Expenses (*be specific*) _____
  _____
          Sub-Total                                                     A $ 0

B.  Child Support Payment(s)/Alimony      $ 0
          Sub-Total                                                     B $ 0
C.  Exceptional Expenses                  $ 0
          **TOTAL MONTHLY EXPENSES** (add subtotals from A & B monthly only)   $ 0

Total Gross Monthly Income Less total monthly expenses:
          **DISPOSABLE MONTHLY INCOME**                                  $ 0

4. **LIQUID ASSETS:**
   Cash on Hand/Bank (*or otherwise available such as stocks, bonds, certificates of deposit*)   $ 0
   Equity in Real Estate (value of property less what you owe)
   Equity in Personal Property, etc. (such as the value of motor vehicles, stereo, VCR, furnishing, jewelry, tools, guns, less what you owe)
   Other (*be specific*)
   Do you own anything else of value? ☐ Yes ☐ No
   (land, house, boat, TV, stereo, jewelry)
   If so, describe _____
   _____
          **TOTAL LIQUID ASSETS**                                        $ 0

5. **Affidavit/Request**
I swear or affirm that the answers are true and reflect my current financial status. I understand that a false statement or answer to any question in the affidavit may subject me to the penalties of perjury. I authorize the court or its authorized representative to obtain records of information pertaining to my financial status from any source in order to verify information provided by me. I further understand and acknowledge that, if the court appoints an attorney to represent me, the court may require me to pay all or part of the fees and expenses of my court-appointed counsel.

Sworn to and subscribed before me this

____15____ day of __MAY__, __2007__          _____
                                              Affiant's Signature

_____                     __Henry Joiner__
Judge/Clerk/Notary                            Print or Type Name

**ORDER OF COURT**

**SECTION II.**
  IT IS THEREFORE, ORDERED, AND ADJUDGED BY THE COURT AS FOLLOWS:
  ☐ Affiant is not indigent and request is DENIED.
  ☐ Affiant is partially indigent and able to contribute monetarily toward his/her defense; therefore defendant is ordered to pay $_____ toward the anticipated cost of appointed counsel. Said amount is to be paid to the clerk of court or as otherwise ordered and disbursed as follows:
  ☐ Affiant is indigent and request is GRANTED.
  ☐ The prepayment of docket fees is waived.

IT IS FURTHER ORDERED AND ADJUDGED that _____, is hereby appointed as counsel to represent affiant.
IT IS FURTHER ORDERED AND ADJUDGED that the court reserves the right and may order reimbursement of attorney's fees and expenses, approved by the court and paid to the appointed counsel, and costs of court.
Done this _____ day of _____, _____.

                                              _____
                                              Judge

MONTGOMERY AL 361
17 MAY 2007 PM

INMATE MAIL