IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

HENRY JOINER                        *

    Plaintiff,                         *

        v.                              *          2:07-CV-381-MEF
                                                                              (WO)

D.T. MARSHALL, *et al.*,               *

    Defendants.                        *

_____

**ORDER ON MOTION**

Plaintiff seeks reconsideration of the court's Order and Recommendation of the Magistrate Judge entered May 7, 2007, which recommended dismissal of his complaint pursuant to the directives of 28 U.S.C. § 1915(g). In support of his motion, Plaintiff conclusorily asserts that if this case is dismissed his "life will be in imminent danger of serious physical injury." (Doc. No. 4.)

As noted in the May 7 Order and Recommendation, the undersigned has carefully reviewed the claims presented in the instant action. Plaintiff complains about matters related to his arrest in Ohio, his extradition to Alabama, and his current detention. The claims before this court do not allege nor in any way indicate that Plaintiff "is under imminent danger of serious physical injury" as is required to meet the imminent danger exception to the application of 28 U.S.C. § 1915(g). *Medberry v. Butler*, 185 F.3d 1189 (11th Cir. 1999). Plaintiff's bare assertion in his pending motion that his life is in imminent danger of serious physical injury is insufficient to meet the exception to the "three strikes" provision of §

1915(g).

Accordingly, it is

ORDERED that Plaintiff's Motion for Reconsideration (Doc. No. 4) be and is hereby DENIED.

Done, this 22nd day of May 2007.

    /s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE